# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY11 | 9155334 | Horman | 322 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 09/28/25 0023
**Offense Charged:** ☐ CFR ☐ USC ☒ State Code
**Offense:** MTA 21-707(a)
**Place of Offense:** Porter Street
**Offense Description: Factual Basis for Charge:** Failure to stop at stop sign
HAZMAT ☐

### DEFENDANT INFORMATION
**Last Name:** Amaya Choc
**First Name:** Angel
**Middle:** Gabriel
**Street Address:** [redacted]

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| REDD21 | VA | 97 | Nissan/ | Red |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 90 Forfeiture Amount
+ $30 Processing Fee
$ 120 Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

**YOUR COURT DATE**
**Court Address:** 1520 Freedman Dr
**Date:** TBD
**Time:** TBD

X Defendant Signature: [signature]

Original - CVB Copy
*9155334*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 28 Sept, 2025 while exercising my duties as a law enforcement officer in the Fort Detrick District of Frederick.

I was sitting stationary at the intersection of Campus and Porter. When I heard a Vehicle accelerating excessively coming my direction. The vehicle, a red pickup truck drove through the stop sign at a high rate of speed. I activated my emergency lights and conducted a traffic stop. The driver identified by his VA drivers license as Angel Amaya. Stated that he didn't see the stop sign that was clearly posted with no obstruction.

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 09/28/2025   Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident